**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph Dean LIRA, Defendant–
Appellant.**

**No. 13–30336.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Nov. 25, 2014.

Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Joseph Dean Lira appeals from the district court's judgment and challenges the 322–month sentence imposed on resentencing following his jury-trial convictions for possession with intent to distribute, and distribution of, methamphetamine, and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2; and using or carrying and possession of firearms during and in relation to and in further-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Lira contends that his sentence is substantively unreasonable because it fails to account for his social background, including his drug addiction, and his post-sentencing conduct. The district court did not abuse its discretion in imposing Lira's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Lira's violent conduct. *See id.*

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.